IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CLEAR WITH COMPUTERS, LLC | |
| v. | Civil Action No. 6:07-CV-138-LED |
| RECREATIONAL EQUIPMENT, INC. | JURY |

## **ORDER OF DISMISSAL**

CAME ON THIS DAY for consideration the Motion to Dismiss Case in its Entirety, and the Court being of the opinion that said motion should be GRANTED, it is hereby ORDERED, ADJUDGED AND DECREED that the case is dismissed in its entirety.

So ORDERED and SIGNED this 5th day of November, 2008.

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**